Terry ROBINSON, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. 68648.

Missouri Court of Appeals, Eastern District, Division One.

May 14, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 10, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

A grand jury indicted defendant for first degree murder and armed criminal action. Sections 565.020.2 and 571.015.1, RSMo 1994. Pursuant to a plea bargain, the State reduced the murder charge to second degree murder, § 565.021.1, RSMo 1994, and the trial court sentenced defendant to two concurrent fifteen year terms.

In this appeal, defendant alleges the motion court erred in denying him an evidentiary hearing on his Rule 24.035 motion. In denying the hearing, the motion court found that defendant "failed to allege grounds that would entitle him to relief, if true, and that are not refuted by the record."

The motion court's judgment is based on findings of fact that are not clearly erroneous. No error of law appears. An opinion would have no precedential value.

The motion court's judgment is affirmed. Rule 84.16(b).